**No. 11-7644. Robert Peter Russell, Petitioner v. United States.**

565 U.S. 1137, 132 S. Ct. 1067, 181 L. Ed. 2d 782, 2012 U.S. LEXIS 515.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 432 Fed. Appx. 276.

**No. 11-7649. Juan Bautista Castro-Cabrera, Petitioner v. United States.**

565 U.S. 1137, 132 S. Ct. 1067, 181 L. Ed. 2d 782, 2012 U.S. LEXIS 427.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 452 Fed. Appx. 789.

**No. 11-7652. Perry Reese, Petitioner v. United States.**

565 U.S. 1137, 132 S. Ct. 1067, 181 L. Ed. 2d 782, 2012 U.S. LEXIS 541.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 442 Fed. Appx. 8.

**No. 11-7653. Alan Suschanke, Petitioner v. United States.**

565 U.S. 1137, 132 S. Ct. 1067, 181 L. Ed. 2d 782, 2012 U.S. LEXIS 522.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 641 F.3d 968.

**No. 11-7655. Alejandro Diaz-Maldonado, aka Adan Diaz-Maldonado, Petitioner v. United States.**

565 U.S. 1137, 132 S. Ct. 1067, 181 L. Ed. 2d 782, 2012 U.S. LEXIS 531.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 439 Fed. Appx. 854.

**No. 11-7656. Hendy Collado, Petitioner v. United States.**

565 U.S. 1137, 132 S. Ct. 1067, 181 L. Ed. 2d 782, 2012 U.S. LEXIS 511.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 439 Fed. Appx. 845.

**No. 11-7663. George William Blood, Petitioner v. B. A. Bledsoe, Warden.**

565 U.S. 1137, 132 S. Ct. 1068, 181 L. Ed. 2d 782, 2012 U.S. LEXIS 419.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 648 F.3d 203.